UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBRA MCCLAIN,<br><br>    Plaintiff,<br><br>    v.<br><br>SFM-6, LLC., et al.,<br><br>    Defendants. | No. 2:17-cv-00911-MCE-GGH<br><br><br>**ORDER** |

After review of the parties' Joint Notice of Trial Readiness, the following is ordered.

Due to the Court's trial schedule for the remainder of 2018 and the beginning of 2019, this matter is set for a Status Re: Trial Setting on March 7, 2019, at 2:00 p.m. in courtroom 7 and counsel are ordered to file a Joint Status Report not later than ten (10) days before this hearing. To expedite resolution of this matter, the parties are reminded of Local Rule 305(a) and may consent to trial before a Magistrate Judge.

Dated: June 18, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1