Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBRA MCCLAIN, an individual, | Case No. 2:17-cv-00911-MCE-GGH |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| SFM-6, LLC, a limited liability company; and LAW OFFICE OF D. SCOTT CARRUTHERS, a professional law corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to the stipulation this court hereby dismisses this action with prejudice, each party to bear its own fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: August 8, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE